**Order entered June 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00076-CR

**RONNIE BUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75228-R**

## ORDER

Before the Court is appellant's June 17, 2019 motion to supplement the reporter's record with State's Exhibits 1 and 7.  Appellant's motion is **GRANTED**.

We **ORDER** court reporter Susan Peters Tabaee to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that includes copies of the exhibits admitted into evidence as State's Exhibits 1 and 7.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to court reporter Susan Peters Tabaee and to counsel for the parties.

/s/      CORY L. CARLYLE
JUSTICE